■ PHYLLIS BROWN et al., Respondents, v JOHN B. MAYES, Defendant, and G. D. SEARLE & Co. et al., Appellants.—Appeal from an order of the Supreme Court, Kings County, dated September 18, 1978, dismissed, without costs or disbursements. That order was superseded by the order dated January 8, 1979 which granted reargument. Order of the same court dated January 8, 1979 affirmed, without costs or disbursements. No opinion. Hopkins, J. P., Damiani, O'Connor and Rabin, JJ., concur.